AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****       DISTRICT OF   NEVADA

JOHN CROWLEY,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-0568-LRH-VPC**

JACK PALMER, et al.,

      Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED. FURTHER ORDERED that a certificate of appealability is DENIED.

November 5, 2010                                 **LANCE S. WILSON**
                                                                           Clerk

                                                                           /s/ M. Campbell
                                                                           Deputy Clerk